JAMES DEMOLEAS, PETITIONER-RESPONDENT, v. OLYMPIA BREAD COMPANY, RESPONDENT-APPELLANT.

Submitted February 17, 1933—Decided April 27, 1933.

514

For the appellant, *Coult, Satz & Tomlinson* (*John J. Francis* and *Joseph Coult,* of counsel).

For the respondent, *Frank G. Turner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.